James Patrick Barker, PA Office of Attorney General, Harrisburg, for Kathleen Kane.

Jason Anthony Lambrino, PA Office of Chief Counsel, Harrisburg, for Penna. Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is AFFIRMED.

113 A.3d 1229

**Darryl A. BELL, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 27, 2015.

Darryl A. Bell, pro se.

John Craig Manning, PA Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED.**